Steele Lanphier (SBN 146163)
LANPHIER & ASSOCIATES
Richard Jare, #109331, assoc.
2817 I Street, Suite 3
Sacramento, CA 95816
(916) 442-0376 Phone
(916) 442-0385 Fax
Attorneys for Debtors (s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re ) Case No. 12-31975-B-13J
)
Gustavo Bermundez and )
Ofelia Georgina Torales ) ORDER CONFIRMING PLAN
)

          Debtor(s)

The Chapter 13 plan filed on June 26, 2012 of the above-named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors' plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney's fees for the

EDC 3-081 (effective 5/1/2012)

RECEIVED
August 30, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004417233

debtor's attorney in the full amount of $5,000.00 are approved, $3,500.00 of which was paid prior to the filing of the petition. The balance of $1,500.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

DATED: Aug 29, 12

_____
Approved by the Chapter 13
Trustee as to form.

DATED:                                          BY THE COURT

Dated: September 06, 2012

_____
Thomas C. Holman
United States Bankruptcy Judge

Case No. 12-31975-B-13J
ORDER CONFIRMING PLAN